# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED by __JL__ D.C.
JUL 09 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

| | |
|---|---|
| DM Records, Inc. | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. 12-CV-217-19-Hoeveler/Bandstra |
| X-clusive Records, Inc., Benjamin Ferrer | ) |
| | ) |
| _Defendant_ | ) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

**COMES NOW**, Defendant, **Benjamin Ferrer Jr., Individually**, files this Motion for Extension of Time to Respond to Complaint and alleges as follows:

1)  The Complaint was served on the Defendant on June 18, 2012.

2)  The Defendant is in the process of resolving the issues addressed in the Complaint with the Plaintiff.

3)  The Defendant therefore does not want to waist the court's time and resources.

WHEREFORE, for the foregoing reasons, the Defendant, **Benjamin Ferrer Jr.**, requests that this motion be granted and extend the time to respond for additional 30 days, August 9, 2012.

Dated: July 6, 2012

Respectfully submitted,
BENJAMIN FERRER
Defendant
By: /s/ Benjamin Ferrer
E-mail: BferrerJr@aol.com
6237 SW 25th Street
Miramar, FL 33023
Tel. No. (754) 423-4570
Defendant Benjamin Ferrer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and faxed to <u>Charlotte Towne, Esq.</u> Attorney for Plaintiff, 499 East Sheridan Street, Suite 201, Dania Beach, FL 33004 on this 9th day of July, 2012.

/ BENJAMIN FERRER

Benjamin Ferrer

Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-21719-HOEVELER/BANDSTRA

DM RECORDS, INC.,
Plaintiff,
v.
X-CLUSIVE RECORDS, INC.
BENJAMIN FERRER
Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Motion for Extension of Time requesting until August 9, 2012, to file his Answer to Plaintiff's Complaint. The Court having read and considered the Motion, and being otherwise fully apprised in the matter, hereby GRANTS the motion. Defendant shall have up to and including August 9, 2012, to file his Answer to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of _____, 2012.

_____
HOEVELER/BANSTRA
UNITED STATES MAGISTRATE JUDGE