UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21719-WMH

DM RECORDS, INC. )
)
          PLAINTIFF, )
)
v. )
)
X-CLUSIVE RECORDS, INC., )
BENJAMIN FERRER, JR., LAZARO )
CUNILL, and GABRIEL PEREZ )
)
          DEFENDANTS. )
)

## ENTRY OF DEFAULT AGAINST DEFENDANT LAZARO CUNILL

It appearing that Lazaro Cunill, Defendant, in the above entitled action has failed to plead or otherwise defend as provided by the District Court for the Southern District of Florida, Rules of Civil Procedure, now therefore

**DEFAULT** is hereby entered for the Plaintiff and against the said Defendant this

\_\_\_ day of _____, 2012

JUL 2 3 2012

Steven M. Larimore
_____
Clerk of the United States District Court for
the Southern District of Florida

By: _____
                          as Deputy Clerk