UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21719-WMH

|  |  |
|---|---|
| DM RECORDS, INC. | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| X-CLUSIVE RECORDS, INC., | ) |
| BENJAMIN FERRER, JR., LAZARO | ) |
| CUNILL, and GABRIEL PEREZ | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**JOINT MOTION FOR DISMISSAL AGAINST DEFENDANTS
BENJAMIN FERRER, JR. AND X-CLUSIVE RECORDS, INC. WITH PREJUDICE**

**COMES NOW** the Plaintiff, DM Records, Inc. ("Plaintiff"), by and through its undersigned counsel, and Defendants Benjamin Ferrer, Jr. ("Ferrer"), *pro se*, and X-clusive Records, Inc. ("X-clusive"), by and through Ferrer, its sole shareholder, officer, and director (collectively "Defendants"), who file this joint motion for dismissal with prejudice on the following grounds:

1. Plaintiff initiated the above-referenced case by filing its Complaint on May 7, 2012. [Doc. #1]. Defendants were served with the Summons and Complaint on June 18, 2012. [Doc. # 7 and Doc. #10].

2. Defendant Ferrer filed a Motion for Extension of Time to Respond to Complaint on July 9, 2012. [Doc # 11].

3. Plaintiff and Defendants have now reached a mutually acceptable resolution of this matter and agree to dismiss all claims in this litigation against Defendants Ferrer and X-

clusive only, with prejudice, as set forth in a Settlement Agreement entered into between Plaintiff and Defendants on July 31, 2012, attached hereto as Exhibit A.

4. Plaintiff and Defendants will bear their own attorneys' fees and costs related to this litigation.

5. A proposed Order is attached hereto as Exhibit B.

**WHEREFORE**, Plaintiff and Defendants move this Court for an Order dismissing with prejudice any and all claims and/or potential claims of Plaintiff against Defendants Ferrer and X-clusive together with any and all claims and/or potential counterclaims of Defendants Ferrer and X-clusive.

Respectfully submitted this 8th day of August, 2012 by:

| | |
|---|---|
| BENJAMIN FERRER, JR. & X-CLUSIVE RECORDS, INC. | CHARLOTTE TOWNE, P.A. |
| *Benjamin Ferrer, Jr., on behalf of himself & X-clusive Records, Inc. as its sole shareholder, officer, and director* | /s/ Charlotte Towne<br>Charlotte Towne, Esq.<br>Charlotte Towne, P.A.<br>499 E. Sheridan, Suite 201<br>Dania Beach, FL 33004<br>Phone: (954) 306-6624<br>Fax: (954) 306-6027<br>Email: legal@charlottetownelaw.com |
| Ben Ferrer, Jr. and X-clusive Records, Inc.<br>6237 SW 25th Street<br>Miramar, Florida 33023 | |
| *Defendants* | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Executed this 7th day of August, 2012 by:

CHARLOTTE TOWNE, P.A.
*Attorney for Plaintiff*
By: /s/ *Charlotte Towne*
